UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       )
                                )       1:96-cr-5086 OWW
                Plaintiff,      )
    vs.                         )
                                )       ORDER FOR RETURN OF
VICTOR DUGAY,                   )       PASSPORT
                                )
                Defendants.     )
_____)
```

The above-named defendant having surrendered to the custody of the U. S. Marshal,

IT IS HEREBY ORDERED that the Passport posted in this matter be returned to the defendant or their representative.

Date: March 13, 2006                /s/ OLIVER W. WANGER
                                    OLIVER W. WANGER
                                    United States District Judge